1  ADAM J. FISS, Bar No. 211799
   afiss@littler.com
2  TINA SUNDAR, Bar No. 288022
   tsundar@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando St., 15th Floor
4  San Jose, California 95113.2303
   Telephone:  408.998.4150
5  Facsimile:  408.668.0992

6  Attorneys for Defendant
   INTERSTATE MANAGEMENT COMPANY, LLC
7

8  MICHAEL S. CUNNINGHAM, Bar No. 272969
   michael@michaelcunninghamlaw.com
9  32605 Temecula Parkway, Suite 211
   Temecula, Ca 92592
10 Telephone:  (951) 213-4786
   Facsimile:  (858) 366-4158
11
   Attorney for Plaintiff
12 SARA ARGUETA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA ARGUETA,<br><br>   Plaintiff,<br><br> v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 3:17-cv-01426-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF ADR DEADLINE PURSUANT TO LOCAL RULE 6-5** |

Pursuant to Local Rules for Alternative Dispute Resolution in the United States District Court for the Northern District of California, ADR LR 6-5, Plaintiff Sara Argueta ("Plaintiff") and Defendant Interstate Management Company, LLC ("Defendant") (collectively referred to as "the Parties") hereby stipulate and agree as follows:

1. On June 21, 2017, the parties appeared for a case management conference before this Court at which time the Court ordered the parties to mediate this matter in order to satisfy the parties' alternative dispute resolution requirements.

2. The deadline for the parties to mediate this matter was set for September 19, 2017.

3. Subsequently, the parties agreed to mediate this matter on September 19, 2017, before the assigned mediator, Honorable David Garcia (Retired).

4. At the time the parties agreed to mediate this matter, counsel for Defendant had a trial scheduled to begin on September 8, 2017 in San Diego County Superior Court. Subsequent to the scheduling of the parties' mediation, the September 8, 2017 trial date for counsel for Defendant was reset to September 15, 2017. Accordingly, counsel for Defendant will no longer be available to mediate this matter on September 19, 2017.

5. Counsel for Plaintiff and Defendant spoke on August 16, 2017 regarding the need to reschedule the mediation and request that the Court extend the parties' deadline to complete mediation. Both parties agree to make such a request to the Court.

6. In order to provide the parties the ability to reschedule and timely conduct their mediation, the parties stipulate and agree to extend the timeline to complete alternative dispute resolution in this matter from September 19, 2017 to October 31, 2017.

7. Both Plaintiff, by and through her counsel of record Michael Cunningham, and Defendant, by and through its counsel of record Adam J. Fiss, concur in this request to extend the deadline to complete mediation.

8. The Parties respectfully request that this Court grant this Stipulation and issue an Order extending the deadline to complete the mediation to October 31, 2017.

**SO STIPULATED AND AGREED.**

Dated: August 17, 2017

        /s/ *Adam J. Fiss*
ADAM J. FISS
TINA SUNDAR
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

Dated: August 17, 2017

        /s/ *Michael S. Cunningham*
MICHAEL S. CUNNINGHAM
CUNNINGHAM LAW APC
Attorneys for Plaintiff
SARA ARGUETA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 18, 2017

Hon. Jon S. Tigar
United States District Court Judge

Firmwide:149495152.1 079499.1041